UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAPHNE JENKINS, )<br>)<br>Defendant ) | Criminal No. 23-cr-10265 |

## ASSENTED-TO MOTION FOR RULE 11 HEARING

The United States of America, through undersigned counsel, with the assent of the defendant, respectfully requests that the Court schedule this matter for a Rule 11 hearing at the Court's convenience.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Lauren Graber*
ALEXANDRA BRAZIER
LAUREN GRABER
HOWARD LOCKER
LINDSEY ROSS
Assistant United States Attorneys
District of Massachusetts

November 3, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed today via ECF will also be sent electronically to counsel for the defendant.

                                        */s/ Lauren A. Graber*
                                        Lauren A. Graber
                                        Assistant United States Attorney

November 3, 2023